FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONZO MAURICE CURRY,<br><br>Defendant. | No. 2:25-CR-00142-MKD<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 44** |

On September 23, 2026, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release, ECF No. 44. AUSA Rebecca R. Perez represented the United States; David M. Miller represented the Defendant, Alonzo Maurice Curry, who appeared in person. ECF No. 48. The Court has reviewed the motion, heard from Counsel, and is fully informed.

On March 6, 2026, Magistrate Judge James. A. Goeke granted the United States' Motion for Detention, citing the Defendant's lengthy criminal history and his failures to appear. ECF No. 24 at 2.

Defendant now seeks to be released on his own recognizance pending trial because he has a friend living in Spokane who has offered to house him. ECF No.

44. The Court concurs with the Magistrate Judge's findings, ECF No. 24, and is not persuaded that the proffered changes in circumstances warrant release. Therefore, the Court denies the Defendant's Motion to Modify Conditions of Release.

Accordingly, **IT IS HEREBY ORDERED:**

**1.** Defendant's Motion to Modify Pretrial Release Conditions, **ECF No. 44**, is **DENIED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, and the U.S. Probation Office.

**DATED** September 28, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE